# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG JENSEN, an individual, | CASE NO. 5:14-cv-02031-JGB(DTBx) |
| Plaintiff, | **ORDER** |
| vs. | |
| GREAT DESTINATIONS, INC., and DOES 1-10, | |
| Defendants. | |

The Court, having considered Plaintiff Greg Jensen's notice of voluntary dismissal with prejudice, hereby dismisses this action with prejudice.

Date: November 26, 2014        By _____
                                The Honorable Jesus G. Bernal

L0207697-1 PERS-0334